**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

Filed in Supreme Court

OCT 0 7 2015

Middle

LILLIAN MARIE CIECHOSKI, A MINOR,
BY HER PARENT AND NATURAL
GUARDIAN, LESLIE PROFFIT

RESPONDENT

V.

PHOENIXVILLE HOSPITAL COMPANY,
LLC D/B/A PHOENIXVILLE HOSPITAL,
PETITIONER

NO. 593 MAL 2015

## PRAECIPE TO DISCONTINUE

TO THE PROTHONOTARY:

Kindly mark the above-referenced action discontinued. The matter has been resolved between the parties.

MCCUMBER, DANIELS, BUNTZ, HARTIG
& PUIG, P.A.

By: _____
Elaine M. Ross, Esquire
Attorney for Defendant
Phoenixville Hospital

Dated: 10/6/15

Received In Supreme Court

OCT 0 7 2015

Middle

## PROOF OF SERVICE

Elaine M. Ross, Esquire, hereby certifies that on September 23, 2015, that a true and correct copy of the Praecipe to Discontinue has been reserved via Regular Mail upon following on the date below:

Warren A. Hampton, Esq.
*Hampton & McCreary*
1131 Ridge Road
Pottstown, PA 19465
*(via Regular Mail)*

Jason A. Archinaco, Esq.
Robert A. Bracken, Esq.
*ARCHINACO/BRACKEN LLC*
The Pennsylvanian
1100 Liberty Avenue, Suite C6
Pittsburgh, PA 15222
*(via Regular Mail)*

Elaine M. Ross, Esquire

Date: 10/6/15